**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-1918**

_____

DEBRA MAYES,

Plaintiff - Appellant,

v.

UNITED STEEL WORKERS,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Graham C. Mullen, Senior District Judge.  (3:11-cv-00149-GCM)

_____

Submitted:  December 5, 2011          Decided:  December 15, 2011

_____

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Debra Mayes, Appellant Pro Se.  Narendra K. Ghosh, PATTERSON HARKAVY, LLP, Chapel Hill, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Debra Mayes appeals the district court's order granting the Defendant's Fed. R. Civ. P. 12(b)(6) motion to dismiss her complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Mayes v. United Steel Workers, No. 3:11-cv-00149-GCM (W.D.N.C. Aug. 24, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED